722 A.2d 106

IN THE MATTER OF SEAMUS M. TOUHEY, AN ATTORNEY AT LAW.

January 19, 1999.

**ORDER**

The Disciplinary Review Board on October 23, 1998, having filed with the Court its decision concluding that **SEAMUS M. TOUHEY** of **MONTCLAIR**, who was admitted to the bar of this State in 1986, should be suspended from the practice of law for a period of six months on the basis of respondent's plea of guilty to a charge of willful failure to file a federal corporate income tax return, in violation of 26 *U.S.C.A.* § 7203, and good cause appearing;

It is ORDERED that **SEAMUS M. TOUHEY** is suspended from the practice of law for a period of six months, and until further Order of the Court, effective February 9, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.